UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-60427-ALTONAGA/GOODMAN

HOWARD COHAN,

    Plaintiff,

vs.

RED LOBSTER
HOSPITALITY, LLC, *et al.*,

    Defendant(s)
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, HOWARD COHAN, and Defendant, RED LOBSTER HOSPITALITY, LLC, *et al.*, through undersigned counsel, have agreed to a settlement of all issues, including fee and costs, in this matter. Each Party to bear its own fees and costs, except as otherwise specified in the settlement documents.

The Parties request this Honorable Court allow for an additional thirty (30) days to finalize a settlement agreement and submit final proposed Order of Dismissal.

Dated: May 5, 2017

Respectfully submitted,

| | |
|---|---|
| **FEINSTEIN & SOROTA, P.A.** | **BAKER & HOSTETLER LLP** |
| Counsel for Plaintiff | Counsel for Defendant |
| 7901 SW 6TH Court, Suite 305 | 200 S. Orange Avenue |
| Plantation, Florida 33324 | Orlando, FL 32801 |
| Telephone: (954) 617-1500 | Telephone: (407) 649-4000 |
| Facsimile: (954) 617-4100 | Facsimile: (407) 841-0168 |
| | |
| By: /s/ Mark D. Feinstein | By: /s/ Joyce Ackerbaum Cox |
|     Mark D. Feinstein, FBN 444170 |     Joyce Ackerbaum Cox, FBN 0090451 |
|     fspa@fspalaw.com |     jacox@bakerlaw.com |

**LAW OFFICES OF NEIL S. ODESSKY, P.A.**
Counsel for Plaintiff
7901 SW 6th Court, Suite 305
Plantation, Florida 33324
Telephone: (954) 617-110
Facsimile: (954) 617-1300

By:  /s/ Neil S. Odessky
  Neil S. Odessky, FBN 354661
  odesskylawpleadings@gmail.com

## CERTIFICATE OF SERVICE

I certify that on May 5, 2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record or parties identified on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Mark D. Feinstein
Mark D. Feinstein

/s/ Neil S. Odessky
Neil S. Odessky

## SERVICE LIST

**BAKER & HOSTETLER LLP**
Counsel for Defendant
200 S. Orange Avenue
Orlando, FL 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
jacox@bakerlaw.com