UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60427-CIV-ALTONAGA/O'Sullivan

**HOWARD COHAN**,

    Plaintiff,

vs.

**RED LOBSTER HOSPITALITY LLC**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice [ECF No. 29]. The parties request the Court retain jurisdiction for the purpose of enforcing their settlement agreement, but they do not provide a copy of their settlement agreement. The Court will not retain jurisdiction over a settlement agreement it has not seen or approved. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties may re-file their stipulation by **June 16, 2017,** either including with it a copy of their settlement agreement, or removing their request the Court retain jurisdiction.

**DONE AND ORDERED** in Chambers at Miami, Florida this 1st day of June, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record